

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00253-CV

| | |
|---|---|
| CASINO DEVELOPMENT GROUP, LLC AND CDG-RED RIVER, LLC | APPELLANTS |
| V. | |
| AKIN GUMP STRAUSS HAUER & FELD, LLP, JOHN A. THOMPSON, ASHER FINANCIAL, INC., RED RIVER GAMING, LLC, FRANKLIN REDDICK, CASINO DEVELOPMENT GROUP-KIOWA I, LLC, AND L. GREGORY WILSON | APPELLEES |

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 342-237823-09

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Unopposed Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

-------------------

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  October 2, 2014